## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

LEAH WALKER, on behalf of herself     :    Case no. 1:25-cv-1072
and all others similarly situated,           :
                                     :

         Plaintiffs,               :

                                   :    **NOTICE OF VOLUNTARY**
         v.                       **DISMISSAL WITH**
                                     **PREJUDICE**

K-Swiss, Inc.,                             :

         Defendant.              :
                                     :
                                     :
                                     :
                                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

     **PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

     Dated: April 25, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

Tel: (630)-478-0856

Email: Dreyes@ealg.law